USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Susan Briscoe,

                    Plaintiff,

-against-

The Stop & Shop Supermarket Company LLC,

                    Defendant.

1:22-cv-10761 (LJL) (SDA)

AMENDED ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, June 6, 2023, at 2:00 p.m. The settlement shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

       The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:      New York, New York
                 May 24, 2023

                                                        _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge